IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JEFFREY KEITH SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18CV268 |
| | ) | |
| ANDREW SAUL, | ) | |
| Acting Commissioner of Social Security[1], | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 6, 2019, was served on the parties in this action. (ECF Nos. 14, 15.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (ECF No. 16.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Summary Judgment, (ECF No. 10), is DENIED, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 12), is GRANTED, and that this action is DISMISSED with prejudice.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Nancy A. Berryhill as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 11th day of September 2019.

/s/ Loretta C. Biggs
United States District Judge